JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TIANCAI LYU,
Petitioner,
v.
WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,
Respondents.

Case No. 5:26-cv-06920-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that the Petition is granted.

DATED: November 25, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE